THE GERTRUDE.

(District Court, D. Rhode Island. December 27, 1901.)

No. 1,034.

ADMIRALTY—FINDING OF COMMISSIONER—VALUATION OF VESSEL.

The finding of a commissioner as to the value of a vessel lost in collision is entitled to great respect, and it will not be set aside where he acted within the bounds of reasonable judgment and upon conflicting testimony.

In Admiralty. On exceptions to commissioner's report.

Matteson & Healy, for libelants.

Comstock & Gardner, for claimant.

BROWN, District Judge. At the hearing upon exceptions to the commissioner's report all exceptions were abandoned save those relating to the finding of the commissioner as to the valuation of the vessel at the time of the collision and loss. Upon an examination of the evidence, it appears that there was considerable legal evidence to support the finding of the commissioner; and it has not been made to appear that his valuation is so manifestly erroneous that it should be set aside. On the contrary, there was much conflicting testimony, and it is apparent that the commissioner acted within the bounds of reasonable judgment in fixing the valuation of the vessel at the sum of $6,000. The conclusions of the commissioner on a question of this character are entitled to great respect. The Elton, 31 C. C. A. 496, 83 Fed. 519, 520; The Cayuga, 8 C. C. A. 188, 59 Fed. 483, 488; Callaghan v. Myers, 128 U. S. 617, 666, 9 Sup. Ct. 177, 32 L. Ed. 547; Kimberly v. Arms, 129 U. S. 512, 524, 525, 9 Sup. Ct. 355, 32 L. Ed. 764.

The commissioner's report is affirmed, and a decree may be presented accordingly.